# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ROBINSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CORIZON HEALTH INC., *et al.*, | : | No. 17-3868 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **5th** day of **February 2019**, upon consideration of Defendant Michelle DiLauro's Motion for Summary Judgment, Defendant Bruce Blatt's Motion for Partial Summary Judgment, Defendant Robin Clemons' Motion for Partial Summary Judgment, and Defendants Roseann Green, Charlotte Hamilton, Karen McKinney, and Constance Orji's Motion for Summary Judgment, Plaintiff's responses, and Defendants' replies, and for the reasons provided in the Court's Memorandum dated February 5, 2019, it is **ORDERED** that:

1. Defendant Michelle DiLauro's motion (Doc. No. 61) is **GRANTED**. All claims against her are **DISMISSED**.

2. Defendant Bruce Blatt's motion (Doc. No. 62) is **GRANTED**.

3. Defendant Robin Clemons' motion (Doc. No. 63) is **DENIED**.

4. Defendants Roseann Green, Charlotte Hamilton, Karen McKinney, and Constance Orji's motion (Doc. No. 64) is **GRANTED IN PART** and **DENIED IN PART**. All claims against Defendants Roseann Green, Karen McKinney, and Constance Orji are **DISMISSED**. Counts I (Violation of Civil Rights) and V (Punitive Damages) are **DISMISSED** with respect to Defendant Charlotte Hamilton. However, Plaintiff may proceed with Count II (Negligence/Medical Malpractice) against her.

It is **FURTHER ORDERED** that the remaining parties shall attend the Settlement Conference scheduled on **Thursday, February 7, 2019** at 10:00 a.m. in Room 13613, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, pursuant to the Court's Order of January 30, 2019 (Doc. No. 77).

**BY THE COURT:**

_____
**Berle M. Schiller, J.**